PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-PO-00279-CDB |
| Plaintiff, | AS TO Citation No.: E1018731 CA-3F ONLY |
| v. | |
| WILLIAM G. BRIGHT, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 5:21-PO-00279-CDB (AS TO Citation No. E1018731 CA-3F ONLY) against WILLIAM G. BRIGHT, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED:  July 11, 2023                          Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                      By:  /s/ *Jeffrey A. Spivak*
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Case No. 5:21-PO-00279-CDB (AS TO Citation No. E1018731 CA-3F ONLY) against WILLIAM G. BRIGHT be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 13, 2023**

UNITED STATES MAGISTRATE JUDGE